**Electronically Filed
Supreme Court
SCWC-21-0000579
27-MAY-2025
09:30 AM
Dkt. 23 ODAC**

SCWC-21-0000579

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

DEUTSCHE BANK NATIONAL TRUST COMPANY, a New York Company,
as Trustee for PFCA HOME EQUITY INVESTMENT TRUST CERTIFICATES,
SERIES 2002-IFC1,
Respondent/Plaintiff-Appellee,

vs.

STL HOLDING INC.,
Petitioner/Defendant-Appellant,

and

PERRY ARTHUR ROWE, also known as PERRY A. ROWE, Individually and
as Co-Trustee of that certain unrecorded ROWE FAMILY REVOCABLE
LIVING TRUST DATED JULY 28, 1994; RENEE N.F. ROWE, also known as
RENEE N. ROWE, Individually and as Co-Trustee of that certain
unrecorded ROWE FAMILY REVOCABLE LIVING TRUST DATED JULY 28,
1994; DUFFY HERMAN; TRICIA MORRIS; ANTOINETTE POLANCY; MAYLA
MAKANA; KAI MALU WAILEA LLC; WAILEA KIALOA HOMESITES
ASSOCIATION; AMERICAN SAVINGS BANK, F.S.B.; OLD REPUBLIC
NATIONAL TITLE INSURANCE COMPANY; CENTRAL PACIFIC BANK; FINANCE
FACTORS, LIMITED; BANK OF HAWAII; BRUCE H. ERFER and LYNN N.
ERFER, Individually and as Trustees of the ERFER FAMILY TRUST,
AN AGREEMENT DATED FEBRUARY 2, 2001; JENNIFER WELCH; WELLS FARGO
BANK, N.A.; MAUI COLLECTION SERVICE, INC.; DIRECTOR, DEPARTMENT
OF TAXATION, STATE OF HAWAII; MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.; JOHN DOES 1-10; UNITED STATES OF AMERICA,
Department of the Treasury, Internal Revenue Service;
MTGLQ INVESTORS, LP; THOMAS SEIDL;
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000579; CAAP-21-0000695; CASE NO. 2CCV-21-0000185)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner's Application for Writ of Certiorari, filed on March 31, 2025, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, May 27, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens